CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

KEVIN BRUCE ZEESE
MARGARET ANN FLOWERS
ADRIENNE PINE
DAVID VERNON PAUL

)
)
)
)
)
)
)

Criminal Case No.: 19CR169 (BAH)



**FILED**
FEB 13 2020
Clerk, U.S. District and
Bankruptcy Courts

### NOTE FROM JURY  #1

~~Could it~~

① Can trespass be construed as obstructing, resisting, interfering or impeding a fed. of law enforcement agent?

② Does trespass fall within or under Section 118(1.)?

③ Can we see the ~~see~~ email(s) from defendant Zeese?

Date: 2/13/20

Time: 2:39 p.m.

✓ FOREPERSON